AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| JOCELYN MANSHIP, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 21-10389 |
| JASON STEIN, et al. ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     08/07/2024    .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 9/24/24

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Jeffrey Soos, Esq.
Robert B. Nussbaum, Esq.
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2226
(973) 622-3333
*Attorneys for Plaintiffs*

I hereby attest and certify on 9/24/24 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOCELYN MANSHIP and JULIE WEISMAN, <br><br> Plaintiffs, <br><br> v. <br><br> JASON STEIN, HERBERT STEIN and HARRIS STEIN, <br><br> Defendants. | Civil Action No. 21-10389 (MCA)(AME) <br><br> **JUDGMENT** <br><br> *Document Electronically Filed* |

The court has ordered that the Plaintiffs, Jocelyn Manship and Julie Weisman, recover from the Defendants, Jason Stein, Herbert Stein and Harris Stein, jointly and severally:

(1)     The amount of $500,000.00 paid by Plaintiffs as part of the settlement of the underlying Delaware Action that was pending in the Superior Court of Delaware (the "Delaware Action");

(2)     The amount of $642,900.15, representing the total attorneys' fees and costs Plaintiffs paid to Saiber LLC in connection with the Delaware Action and for the prosecution of this action in New Jersey; and

(3)     The amount of $26,442, representing the total attorneys' fees and costs Plaintiffs paid to Tighe & Cottrell, P.A., Plaintiffs' local counsel in the Delaware Action.

Therefore, Judgment is hereby entered in favor of Plaintiffs, and against Defendants, jointly and severally, in the amount of **$1,169,342.15**, plus prejudgment interest and post-

judgment interest, along with costs.

This action was decided by the Honorable Madeline Cox Arleo, U.S.D.J. on a motion for summary judgment as set forth in the Court's Letter Order dated January 31, 2024 [ECF No. 90], and in a motion for an award of costs and attorneys' fees, and for entry of Judgment, which was decided by the Court on Aug 7, 2024 [ECF No. 99].

Date:

*/s/ M. Cox Arleo, USDJ*

2